1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD D. CAIN,                           1:16-cv-0103-BAM (PC)

12                  Plaintiff,

13          v.                                 ORDER TRANSFERRING CASE TO THE
                                               SACRAMENTO DIVISION OF THE
14   ROBERT FOX,                               EASTERN DISTRICT OF CALIFORNIA

15                  Defendant.

16

17

18          Plaintiff Edward D. Cain ("Plaintiff"), a state prisoner proceeding pro se, has filed a civil

19   rights action pursuant to 42 U.S.C. § 1983. In his complaint, Plaintiff alleges violations of his

20   civil rights by defendants. The alleged violations took place in Solano County, which is part of

21   the Sacramento Division of the United States District Court for the Eastern District of California.

22   Therefore, the complaint should have been filed in the Sacramento Division.

23          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25   will be transferred to the Sacramento Division

26          Good cause appearing, IT IS HEREBY ORDERED that:

27          1.  This action is transferred to the United States District Court for the Eastern District of

28   California sitting in Sacramento; and

                                              1

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   __January 26, 2016__          ___/s/ Barbara A. McAuliffe___
                                        UNITED STATES MAGISTRATE JUDGE