UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. CAIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT FOX,<br><br>　　　　Defendant. | No.  2:16-cv-0160 CKD P<br><br><br>ORDER |

On February 24, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  Plaintiff was warned that failure to file an amended complaint would result in dismissal.  The thirty day period has now expired, and plaintiff has not filed an amended complaint.  Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: April 12, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
ford0160.fta